wheel A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

      - v. -

DEMOND WILSON,

           Defendant.

------------------------------------x

**ORIGINAL**

INDICTMENT

**13 CRIM 385**

## COUNT ONE

The Grand Jury charges:

1. On or about April 27, 2013, in the Southern District of New York, DEMOND WILSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Smith & Wesson .38 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____  
FOREPERSON   5/22/2013

_____  
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 22 2013

**JUDGE CARTER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEMOND WILSON,

Defendant.

INDICTMENT

13 Cr. \_\_\_\_\_

(18 U.S.C. § 922(g)(1))

PREET BHARARA
United States Attorney.

A TRUE BILL

_/s/_
Foreperson.

5/22/13 Filed Indictment

Judge Nathan